IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>JERRY S. WOLFE, WILLIAM E. SALISBURY, LISA J. SCHUTTE, GARY A. GOFF,<br><br>Defendants. | 4:14CR3085<br><br>**ORDER** |

Defendant William E. Salisbury's counsel, Charles T. Steenson, has filed a motion to withdraw from this case. (Filing No. 54). Attorney Carlos A. Monzon has entered his appearance and has represented to the court that he has not yet had the opportunity to review the discovery in this case. Accordingly, Defendant has moved to extend the pretrial motion deadline and requested that the change of plea hearing, currently set for September 24, 2014 be cancelled. Based upon these representations,

IT IS ORDERED:

1) The telephonic status conference set for September 9, 2014 at 3:45 p.m. is cancelled.

2) Charles T. Steenson's motion to withdraw is granted, (Filing No. 54).

3) Defendant Salisbury's change of plea hearing, currently set for September 24, 2014 at 9:30 a.m. is cancelled.

4) Defendant Salisbury's motion to continue the pretrial motion deadline is granted. **As to all defendants**, pretrial motions and briefs shall be filed on or before October 13, 2014, (Filing No. 53).

5)   The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial. Accordingly, **as to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and October 13, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

Dated this 9th day of September, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge