IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>JERRY S. WOLFE, WILLIAM E. SALISBURY, LISA J. SCHUTTE, GARY A. GOFF,<br><br>               Defendants. | 4:14CR3085<br><br>ORDER |

Defendant Schutte moved for a determination of competency, (Filing No. 65), and pursuant to the court's order, (Filing No. 85), she will be evaluated by the Federal Medical Center before this case proceeds. Accordingly,

IT IS ORDERED:

1) **As to all defendants**, trial of this case is continued pending resolution of the determination of whether defendant Schutte is competent.

2) **As to all defendants**, except as to transportation time presumed unreasonable under 18 U.S.C. § 3161(h)(1)(F), the time between today's date and a judicial determination that defendant Schutte is competent and capable of assisting in the defense of this case shall be deemed excludable in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) & (h)(4).

November 13, 2014.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge